AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

Deeb Homsi

**WARRANT FOR ARREST**

CASE NUMBER: 05-10003-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Deeb Homsi
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy, Arson, Conspiracy to Commit Hobbs Act Extortion, Attempted Extortion, and Interstate Travel in Aid of Racketeering.

in violation of
Title   18   United States Code, Section(s)  371, 844, 1951 and 1952

F. Dennis Saylor IV
Name of Issuing Officer

U.S. District Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

1/5/05  Worcester, MA
Date and Location

Bail fixed at $ _____   by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Arlington, MA |

| DATE RECEIVED  1-5-05 | NAME AND TITLE OF ARRESTING OFFICER  T. Bezanson, SDUSM  Fox ATF | SIGNATURE OF ARRESTING OFFICER  [signature] |
|---|---|---|
| DATE OF ARREST  1-07-2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Deeb Homsi

ALIAS:

LAST KNOWN RESIDENCE:  17 Marion Road, Arlington, Massachusetts

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1960

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3350

HEIGHT:                                              WEIGHT:

SEX:                                                 RACE:

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:

Massachusetts State Police, Bureau of Alcohol, Tobacco & Firearms, Internal Revenue Service