# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARTHUR GIANELLI, DENNIS ALBERTELLI, FRANK IACABONI and DEEB HOMSI,<br>      Defendants | **CRIMINAL ACTION<br>NO. 05-10003-NMG** |

**ORDER**
**FEBRUARY 11, 2005**

**SWARTWOOD, Chief M.J.**

    This case has been drawn to a District Judge in Boston and that Judge has referred this case to me for all pretrial proceedings. Therefore, to avoid confusion, duplication of judicial resources and to guaranty a prompt response to all pretrial proceedings, all pleadings in this case <u>shall</u> be filed, either electronically or in the Worcester Clerk's Office until this case is returned to the District Judge in Boston.

                                                  /s/Charles B. Swartwood, III
                                                CHARLES B. SWARTWOOD, III
                                                CHIEF MAGISTRATE JUDGE