# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>     v.         )<br>             )<br>ARTHUR GIANELLI,     )<br>DENNIS ALBERTELLI,   )<br>FRANK IACABONI,      )<br>DEEB HOMSI,          )<br>        Defendants,  )  | CRIMINAL ACTION<br>NO. 05-10003-NMG |

## INITIAL STATUS REPORT
### February 18, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has completed automatic discovery which was voluminous and included 2,282 pages of wire tap and search related affidavits, applications and orders. Additionally, there were two CDs of intercepted conversations, photographs, a video-tape and several transcripts of CDs. Therefore, counsel for the Defendants has requested additional time to review this discovery. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on

March 21, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

    3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 21, 2005 (date of expiration of prior order of excludable time) through March 21, 2005 (date by which Defendants will have completed their review of discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, May 30, 2005</u>.

                                             <u>/s/Charles B. Swartwood, III</u>
                                             CHARLES B. SWARTWOOD, III
                                             CHIEF MAGISTRATE JUDGE