# AUTHORIZATION AND VOUCHER FOR TRANSCRIPT

| | | |
|---|---|---|
| **1. CIR./DIST./DIV. CODE** MAX | **2. PERSON REPRESENTED** Homsi, Deeb | **VOUCHER NUMBER** |
| **3. MAG. DKT./DEF. NUMBER** | **4. DIST. DKT./DEF. NUMBER** 1:05-010003-004 | **5. APPEALS DKT./DEF. NUMBER** | **6. OTHER DKT. NUMBER** |
| **7. IN CASE/MATTER OF** (Case Name) U.S. v. Homsi | **8. PAYMENT CATEGORY** Felony | **9. TYPE PERSON REPRESENTED** Adult Defendant | **10. REPRESENTATION TYPE** (See Instructions) Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1951.F -- INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)
12/16/05 RULE 11 HEARING

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

**14. SPECIAL AUTHORIZATIONS** (Services Other Than Ordinary)    **Judge's Initials**

A. Apportioned Cost    % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Real Time Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement      ☐ Defense Argument       ☐ Voir Dire    ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: Roger A. Cox    Date: 12/30/05
Printed Name: ROGER A. COX
Telephone Number: (508) 231-1460
☒ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order    Nunc Pro Tunc Date

## CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**18. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE**

Telephone Number:

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or receive (payment or compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee:    Date:

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk    Date

## APPROVED FOR PAYMENT - COURT USE ONLY

**23. APPROVED FOR PAYMENT**    **24. AMOUNT APPROVED**

Signature of Judicial Officer or Clerk    Date