UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES

v.

DEEB HOMSI

_____

CR. NO. 05-10003-NMG

ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant is presently released on electronic monitoring 24 hours a day. Pretrial Services has suggested that these conditions should be modified so that the defendant is subject to a curfew with electronic monitoring from 11 P.M. to 6 A.M. daily, but will be free to go to medical appointments and conduct lawful personal errands during the day without monitoring or restriction, but for the usual conditions of unmonitored pretrial release. The defendant respectfully moves this Court to modify his conditions of release accordingly.

The defendant has cooperated fully with Pretrial Services since his release on electronic monitoring, and poses no threat to the community or risk of flight if his conditions of release are so modified.

The Government assents to this Motion of the defendant.

Respectfully submitted.

/s/ Roger A. Cox
_____
Roger A. Cox BBO# 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

Attorney for Deeb Homsi

Assented to:

/s/ Michael Tabak
_____
Asst. United States Attorney
One Courthouse Way
Boston, MA 02210
(617) 748-3100

Attorney for the United States

DATED: April 12, 2007