UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO.  05 10003 NMG

ARTHUR GIANELLI, ET AL

**NOTICE OF APPEARANCE**

Roger Witkin, Esq. hereby notifies this Honorable Court of his appearance

in behalf of the third party, Yousef Bina.

                                                          */s/Roger Witkin*
                                                          ROGER WITKIN
                                                          6 Beacon Street, Suite 1010
                                                          Boston, MA 02108
                                                          Tel. 617 523 0027
                                                          Fax 617 523 2024
                                                          BBO No. 531780

DATED:  April 25, 2007

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 05 10003 NMG

ARTHUR GIANELLI, ET AL

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Notice of Appearance filed through Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATE:     April 25, 2007