

U.S. Department of Justice

**_Michael J. Sullivan_**
_United States Attorney_
_District of Massachusetts_

_Main Reception: (617) 748-3100_

_John Joseph Moakley United States Courthouse_

_1 Courthouse Way_
_Suite 9200_
_Boston, Massachusetts  02210_

June 25, 2007

Hon. Timothy S. Hillman
United States Magistrate Judge
Donohue Federal Building, 595 Main Street
Worcester, MA  01608

Re:  United States v. Arthur Gianelli, et al.
Crim. No. 05-10003-NMG

Dear Judge Hillman:

The government hereby requests that a transcript of the June 14, 2007 status conference be prepared and provided to the government.  The government will, of course, pay for its copy.

Thank you.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/  Michael L. Tabak
MICHAEL L. TABAK
Assistant U.S. Attorney
Telephone: 617-748-3203