UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES

v.

DEEB HOMSI

_____

NO. 05-10003-NMG

DEFENDANT'S ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT ATTENDANCE AT FAMILY REUNION IN NEW HAMPSHIRE

      The defendant Deeb Homsi respectfully moves this honorable Court to modify his conditions of release to permit him to attend a family reunion at his brother's home in Laconia, New Hampshire on August 23, 2008. Mr. Homsi proposes to depart his home in Arlington, Massachusetts that morning at approximately 6:30 A.M., travel directly to his brother's home in Laconia and return the same evening, no later than midnight.

      The United States assents to this Motion.

Respectfully submitted,

/s/_____
Roger A. Cox BBO# 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

Attorney for Deeb Homsi

/s/_____
Michael Tabak, AUSA
United States Attorney
One Courthouse Way

Boston, MA 02210
(617) 748-3100

Attorney for United States

DATED: June 6, 2008